**DEPOSITION TRANSCRIPT EXCERPTS TO BE READ INTO THE RECORD OR PLAYED AT TRIAL AS SUBSTANTIVE EVIDENCE BY THE DEFENDANT PURSUANT TO CIVIL LOCAL RULE 16(c)(F)**

**Attachment 1 to Defendant's Rule 16 Pretrial Report**

**Excerpts from Deposition of Derrick N. Weber, Esq., dated December 20, 2019**

- 14:8-16:8
- 16:22-17:11
- 18:9-25

**Excerpts from Deposition of James E. Kachelski, Esq., dated April 29, 2020**

- 5:12-19
- 6:24-7:4

**Excerpts from Deposition of Plaintiff Scott Frakes, dated March 9, 2020**

- 17:1-18:25
- 19:19-21
- 20:13-21:15
- 26:10-25
- 28:3-p. 29:6
- 32:23-33:9; 34:1-2
- 43:8-13
- 48:23-49:10
- 50:7-20
- 65:20-66:3
- 67:9-11; 68:13-18
- 69:10-70:7
- 93:19-94:8
- 101:5-14
- 107:23-108:15
- 111:21-22
- 116:15-18
- 117:8-25
- 118:1-11

616170

Dated this 11th day of December, 2020.

**MESSERLI & KRAMER P.A.**
s/ Jillian N. Walker
Jillian N. Walker, #1066378
Stephanie S. Lamphere, #396794
3033 Campus Drive, Suite 250
Plymouth, MN 55441
Phone: 763-548-7900
Fax: 763-548-7922
jwalker@messerlikramer.com
slamphere@messerlikramer.com
**ATTORNEYS FOR DEFENDANT
MESSERLI & KRAMER P.A.**