UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**SCOTT FRAKES,**

    Plaintiff,

Vs                                                                                        **CASE NO.**: 19 CV 637

**LVNV FUNDING LLC,**
And
**MESSERLI & KRAMER, P.A.**

    Defendants.

## TRIAL STIPULATION

The parties by their undersigned lawyers stipulate and agree that:

1. Medical records created and maintained by Affiliated Clinical Services, Inc. 111, E. WASHINGTON ST. WEST BEND, WI 53095. (262) 338-2717, as previously served on defendants, are agreed to be admissible in evidence and not excluded as hearsay, without requiring testimony from a records custodian.

Dated: This 18th day of December, 2020.

| | |
|---|---|
| **Lawton & Cates, S.C.** | **Messerli & Kramer, P.A.** |
| Attorneys for Plaintiff | Attorneys for Defendants |
| *Electronically Signed By:* | *Electronically Signed By:* |
| | |
| */s/ Briane F. Pagel* | /*s/ Jillian N. Walker* |
| Attorney Briane F. Pagel | Attorney Jillian N. Walker |
| State Bar No. 1025514 | Messerli & Kramer, P.A. |
| 345 W. Washington Ave. Ste. 201 | 3033 Campus Dr., Suite 250 |
| Madison, WI 53703 | Plymouth, MN 55441 |
| P: 608.282.6200/F: 608.282.6252 | (763) 548-7901 |
| bpagel@lawtoncates.com | jwalker@messerlikramer.com |