# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**SCOTT FRAKES,**
      **Plaintiff,**

v.                                      Case No. 19-C-0637

**MESSERLI & KRAMER PA,**
      **Defendant.**

## COURT MINUTES OF CONFERENCE

| | |
|---|---|
| Judge Lynn Adelman, presiding | Date: 12/18/20 |
| Time Commenced: 11:15 a.m. | Concluded: 11:37 a.m. |
| Deputy Clerk: MA | Court Reporter: Tom |

APPEARANCES:

Plaintiff: Briane Pagel

Defendant: Jillian Walker

Nature of Conference: Final Pretrial/Settlement Conference

Notes:

- Following a settlement conference with Judge Adelman, the parties agree to a resolution of the case. The terms of the settlement are placed on the record.
- Pending receipt of a formal dismissal filing, such as an unopposed motion for voluntary dismissal, the case will be closed for administrative purposes only.